UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CONCEPCION OTERO | CIVIL ACTION |
| VERSUS | NO. 18-13404 |
| ADVOCACY CENTER, LOIS V. SIMPSON, AND RONALD K. LOSPENNATO | SECTION: M (3) |

## **ORDER & REASONS**

On April 30, 2019, defendants The Advocacy Center of Louisiana ("Advocacy Center"), Lois V. Simpson ("Simpson"), and Ronald K. Lospennato ("Lospennato") (collectively "Defendants") filed a motion pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure seeking dismissal of all of plaintiff's claims against Simpson and Lospennato, and plaintiff's intentional infliction of emotional distress claim against the Advocacy Center.[1] The motion was set for submission on May 23, 2019.[2] Local Rule 7.5 of the United States District Court for the Eastern District of Louisiana requires that a memorandum in opposition to a motion must be filed no later than eight days before the noticed submission date, which was May 15, 2019. Plaintiff Concepcion Otero, who is proceeding *pro se*, but is an attorney, has not filed a memorandum in opposition to the aforementioned motion to dismiss.

Accordingly, because the motion to dismiss is unopposed, and it appearing to the Court that the motion has merit,

IT IS ORDERED that Defendants' motion to dismiss (R. Doc. 12) is GRANTED as unopposed, and all of plaintiff's claims against Simpson and Lospennato are DISMISSED with prejudice, and plaintiff's intentional infliction of emotional distress claim against the Advocacy Center is DISMISSED with prejudice.

---

[1] R. Doc. 12.
[2] R. Doc. 17.

1

New Orleans, Louisiana, this 16th day of May, 2019.

_____
BARRY W. ASHE
UNITED STATES DISTRICT JUDGE